no $ sent

12-13-17

TO: Clerk, U.S. District Court
Western District of Louisiana
300 Fannin St. suite.1167
Shreveport, LA 71101-3083

1:17-cv-1634 SEC P

**RECEIVED**

DEC 15 2017



TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY: _____

RE: Failure to Protect claim...

<u>MATTER</u>

On 1-1-17, at WNC (Winn Correctional Center), I was assaulted and inflicted with injuries such as; broke femur (thigh-bone), fracture jaw, etc. I was denied medical attention and treatment after acknowledging that I couldn't walk, and had to be carried to my bed. An officer voluntarily let inmates onto my housing tier illegally, to attack me. I had to remain in my bed and suffer until the following day with these injuries and excruciating pain, and a numb face with continuous blood leaking from my nose.

On 1-2-17, the following day, I had to create a big commotion because my entire body was burning hot when I woke up and that's what it took for me to get medical attention. They observed my injuries and then immediately sent me to Winnfield Hospital. After examination and voicing my injuries, the Dr. informed me, "I have to get surgery done but, they're not getting involved in whatever is going on or happen so with that being said, they (Winnfield Hospital) wasn't going to admit me there." I then was transferred to Rapides Hospital, in Alexander, LA. After being examined again and having X-rays done, I was admitted there to soon undergo surgery. I stayed in the hospital for 7-days and the last 2-days were extra days used to find out, "who I'm being released to ??" because they learned that WNC released me while at the hospital to somewhere else!

(1)

On 1-9-17, I was released from Rapides Hospital. My personal property was already at the hospital before my release was confirmed. I was released to EHCC (Elayn Hunt Correctional Center) after the facility realized a person is not on their count which was me. I arrived at EHCC about 12:00 am — 12:30 am.

Since then, these are my filing of complaints/ARP's listed.

1. 1-10-17... ARP
RESULT: no response

2. 1-19-17... Disciplinary Report.. Appeal: 1-23-17... I was written up for being attacked and a victim.
RESULT: denied

3. 2-14-17... letter to Winnfield Sheriff informing him that my ARP didn't get an answer to it (with a letter enclosed with it)
RESULT: no answer or response from the Sheriff neither to my ARP

4. 3-22-17... filed an Enemy Memorandum on the officers acting on covering the crime for the attacker.

5. 3-29-17... wrote DOC Headquarters for the second time (first time 3-21-17 seeking answers to my complaints.
RESULT: no response to first letter from 3-21-17 but, my second letter was returned with my first and a response! The response was a letter stating to forward my matters to WNC Warden's Office

6. 4-10-17... AGAIN, I sent my ARP complaint to WNC only this time requesting an immediately response.
RESULT: a letter stating that they didn't receive my first complaint and because of it not being received, my ARP was rejected

(2)

stating that, "my time limitation, 90 days, has expired."

## RELIEF DESIRE

1. Review and a investigation, including a fair and just proceeding

2. Justice and action be taken under the proper channels

3. Compensation due to a officer or officers playing part in this crime and acted on covering this crime up, which are both illegal. I wish to be compensated for my injuries, pain and suffering, mental anguish, for violating my rights and making this an sensitive issue by me almost losing my life, falsifying reports and statements, Malfeasance in Office, etc.

Respectfully Submitted,
Romalis Hutson

* As of this week coming, my new address:

FROM= Romalis Hutson
P.O. Box 1404
Kenner, LA 70063

(3)