**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ROMALIS HUTSON #508566**          **CASE NO. 1:17-CV-01634 SEC P**

**VERSUS**                                            **JUDGE DRELL**

**WINN CORRECTIONAL CENTER**     **MAGISTRATE JUDGE PEREZ-MONTES**

**MEMORANDUM ORDER**

On December 15, 2017, a complaint was filed by the plaintiff.  On December 21, 2017, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an approved form.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on December 15, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this ___29th___ day of ____January_____, 2018.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge